ANDREW L. PACKARD (State Bar No. 168690)
ERIK M. ROPER (State Bar No. 259756)
EMILY J. BRAND (State Bar No. 267564)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel:  (707) 763-7227
Fax: (707) 763-9227
E-mail:  Andrew@PackardLawOffices.com
         Erik@PackardLawOffices.com
         Emily@PackardLawOffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

IT IS SO ORDERED
Judge Edward J. Davila
11/1/2012

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>              Plaintiff,<br><br>     vs.<br><br>SALINAS VALLEY SOLID WASTE AUTHORITY; PATRICK MATHEWS, an individual; MICHAEL SILVA, an individual; DAVID B. MEZA, an individual,<br><br>              Defendants. | Case No. 5:12-CV-04388-EJD<br><br>**NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL OF DEFENDANT PATRICK MATHEWS**<br><br>(Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq.*) |

1 NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff California Sportfishing Protection Alliance voluntarily dismisses Defendant Patrick Mathews, an individual, in the above-captioned action.

DATED: October 29, 2012           **LAW OFFICES OF ANDREW L. PACKARD**

/s/ Emily J. Brand _____
By:  Emily J. Brand
Attorneys for Plaintiff
California Sportfishing Protection Alliance