1
2
3
4
5
6
7
8

ANDREW L. PACKARD (State Bar No. 168690)
ERIK M. ROPER (State Bar No. 259756)
EMILY J. BRAND (State Bar No. 267564)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel:  (707) 763-7227
Fax: (707) 763-9227
E-mail:  Andrew@PackardLawOffices.com
          Erik@PackardLawOffices.com
          Emily@PackardLawOffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

**IT IS SO ORDERED**

Judge Edward J. Davila

11/1/2012

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SALINAS VALLEY SOLID WASTE AUTHORITY; PATRICK MATHEWS, an individual; MICHAEL SILVA, an individual; DAVID B. MEZA, an individual, <br><br> Defendants. | Case No. 5:12-CV-04388-EJD <br><br> **NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL OF DEFENDANT DAVID B. MEZA** <br><br> (Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq.*) |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff California Sportfishing Protection Alliance voluntarily dismisses Defendant David B. Meza, an individual, in the above-captioned action.


DATED: October 29, 2012                    **LAW OFFICES OF ANDREW L. PACKARD**

                                           /s/ Emily J. Brand _____
                                           By:  Emily J. Brand
                                           Attorneys for Plaintiff
                                           California Sportfishing Protection Alliance