1 | ANDREW L. PACKARD (State Bar No. 168690)
2 | ERIK M. ROPER (State Bar No. 259756)
| EMILY J. BRAND (State Bar No. 267564)
3 | Law Offices of Andrew L. Packard
| 100 Petaluma Blvd. N., Suite 301
4 | Petaluma, CA 94952
| Tel: (707) 763-7227
5 | Fax: (707) 763-9227
| E-mail: Andrew@PackardLawOffices.com
6 | Erik@PackardLawOffices.com
| Emily@PackardLawOffices.com

IT IS SO ORDERED

Judge Edward J. Davila

11/1/2012

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE, a non-profit
corporation,

Plaintiff,

vs.

SALINAS VALLEY SOLID WASTE
AUTHORITY; PATRICK MATHEWS,
an individual; MICHAEL SILVA, an
individual; DAVID B. MEZA, an
individual,

Defendants.

Case No. 5:12-CV-04388-EJD

**NOTICE OF PLAINTIFF'S
VOLUNTARY DISMISSAL OF
DEFENDANT DAVID B. MEZA**

(Federal Water Pollution Control Act,
33 U.S.C. § 1251 *et seq.*)

1    NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff

2   California Sportfishing Protection Alliance voluntarily dismisses Defendant David B. Meza, an

3   individual, in the above-captioned action.

4

5   DATED: October 29, 2012                **LAW OFFICES OF ANDREW L. PACKARD**

6                                          /s/ Emily J. Brand _____ ____
                                           By:  Emily J. Brand
7                                          Attorneys for Plaintiff
                                           California Sportfishing Protection Alliance
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28