ANDREW L. PACKARD (State Bar No. 168690)
ERIK M. ROPER (State Bar No. 259756)
EMILY J. BRAND (State Bar No. 267564)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel:  (707) 763-7227
Fax: (707) 763-9227
E-mail:  Andrew@PackardLawOffices.com
            Erik@PackardLawOffices.com
            Emily@PackardLawOffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

DENIED
Judge Edward J. Davila
11/20/2012

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>        Plaintiff,<br><br>   vs.<br><br>SALINAS VALLEY SOLID WASTE AUTHORITY,<br><br>        Defendant. | Case No. 5:12-cv-04388-EJD<br><br>**MOTION REQUEST TO APPEAR BY TELEPHONE AT INITIAL CASE MANAGEMENT CONFERENCE BYCOUNSEL FOR PLAINTIFF**<br><br>Conference Date:  November 30, 2012<br>Conference Time:  10:00 a.m.<br>Location:           Courtroom No. 4, 5th Floor<br><br>Before: Hon. Judge Edward J. Davila<br><br>(Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq*.) |

The undersigned counsel of record for Plaintiff California Sportfishing Protection Alliance hereby respectfully requests the Court's permission to participate by telephone in the Initial Case Management Conference, scheduled for November 30, 2012 at 10:00 a.m.  The basis of this request is that our office is located in Petaluma, California and telephonic participation in the Conference would eliminate the expenditure of time and resources involved

MOTION REQUEST TO APPEAR BY TELEPHONE      1               CASE NO. 5:12-cv-04388-EJD

in travel to and from San Jose.  The undersigned will appear by calling from 415-846-9917, if the requested relief is granted.

Respectfully submitted,

Dated:  November 16, 2012        LAW OFFICES OF ANDREW L. PACKARD

       /s/ Emily J. Brand
By:  Emily J. Brand
Attorneys for Plaintiff
California Sportfishing Protection Alliance