THOMAS M. BRUEN (SBN 63324)
ERIK A. REINERTSON (SBN 218031)
LAW OFFICES OF THOMAS M. BRUEN
A Professional Corporation
1990 N. California Boulevard, Suite 620
Walnut Creek, CA 94596
Telephone: (925) 295-3131
Facsimile: (925) 295-3132
Email: tbruen@tbsglaw.com
ereinertson@tbsglaw.com

Attorneys for Defendant
SALINAS VALLEY SOLID WASTE AUTHORITY

**DENIED**
Judge Edward J. Davila
11/20/2012

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SALINAS VALLEY SOLID WASTE AUTHORITY,<br><br>　　　　Defendant. | Case No. 5:12-cv-04388-EJD<br><br>MOTION TO APPEAR BY TELEPHONE AT INITIAL CASE MANAGEMENT CONFERENCE BY COUNSEL FOR DEFENDANT<br><br>Before: Hon. Judge Edward J. Davila<br><br>(Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq.*) |

The undersigned counsel of record for Defendant Salinas Valley Solid Waste Authority hereby respectfully moves the Court for permission to participate by telephone in the Initial Case Management Conference, scheduled for November 30, 2012 at 10:00 a.m. Telephonic participation in the Conference would eliminate the time constraints involved in travelling to and from San Jose. The undersigned will appear by calling from 925-295-3135, if the requested relief is granted.

DATED:  November 16, 2012.            LAW OFFICES OF THOMAS M. BRUEN
                                      A Professional Corporation


                                      By: /s/ Erik A. Reinertson
                                          Erik A. Reinertson

                                      Attorneys for Defendant
                                      Salinas Valley Solid Waste Authority