1  THOMAS M. BRUEN (SBN 63324)
   ERIK A. REINERTSON (SBN 218031)
2  LAW OFFICES OF THOMAS M. BRUEN
   A Professional Corporation
3  1990 N. California Boulevard, Suite 620
   Walnut Creek, CA  94596
4  Telephone:     (925) 295-3131
   Facsimile:      (925) 295-3132
5  Email:          tbruen@tbsglaw.com
                   ereinertson@tbsglaw.com
6
7  Attorneys for Defendant
   SALINAS VALLEY SOLID WASTE
8  AUTHORITY

9

DENIED

Judge Edward J. Davila

11/20/2012

10              **UNITED STATES DISTRICT COURT**

11              **NORTHERN DISTRICT OF CALIFORNIA**

12

13  CALIFORNIA SPORTFISHING
    PROTECTION ALLIANCE, a non-profit
    corporation,

14
              Plaintiff,

15      vs.

16  SALINAS VALLEY SOLID WASTE
    AUTHORITY,

17
              Defendant.

18

19

20

21

22

23

24

25

26

27

28

Case No. 5:12-cv-04388-EJD


MOTION TO APPEAR BY
TELEPHONE AT INITIAL CASE
MANAGEMENT CONFERENCE BY
COUNSEL FOR DEFENDANT


Before: Hon. Judge Edward J. Davila

(Federal Water Pollution Control Act,
33 U.S.C. § 1251 *et seq.*)

1     The undersigned counsel of record for Defendant Salinas Valley Solid Waste Authority

2   hereby respectfully moves the Court for permission to participate by telephone in the Initial

3   Case Management Conference, scheduled for November 30, 2012 at 10:00 a.m. Telephonic

4   participation in the Conference would eliminate the time constraints involved in travelling to

5   and from San Jose. The undersigned will appear by calling from 925-295-3135, if the requested

6   relief is granted.

7

8   DATED:  November 16, 2012.                  LAW OFFICES OF THOMAS M. BRUEN
                                                 A Professional Corporation
9

10                                              By: /s/ Erik A. Reinertson_____
                                                    Erik A. Reinertson
11

12                                              Attorneys for Defendant
                                                Salinas Valley Solid Waste Authority
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION REQUEST TO APPEAR BY TELEPHONE     2            CASE NO. 5:12-cv-04388-EJD