United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>　　　　Plaintiff(s),<br>　v.<br><br>SALINAS VALLEY SOLID WASTE AUTHORITY, et. al.,<br><br>　　　　Defendant(s). | CASE NO. 5:12-cv-04388 EJD<br><br>**ORDER VACATING REFERRAL TO MEDIATION; REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE** |

Upon further review and good cause appearing therefor, the prior order referring this case to mediation (Docket Item No. 29) is VACATED.

Pursuant to ADR Local Rule 7-2, this case is instead referred to Magistrate Judge Paul S. Grewal for a settlement conference to occur no later than February 25, 2013. The parties are instructed to contact Judge Grewal's Courtroom Deputy to arrange a date for the conference.

**IT IS SO ORDERED.**

Dated: November 27, 2012

　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　United States District Judge